# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHELLE DE LA ROSA,

    Defendant.

Case No. 19cr0189-GPC

**JUDGMENT OF DISMISSAL**

FILED OCT 25 2019 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [x] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- [ ] the Court has dismissed the case for unnecessary delay; or
- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or
- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or
- [ ] a jury has been waived, and the Court has found the defendant not guilty; or
- [ ] the jury has returned its verdict, finding the defendant not guilty;
- [x] of the offense(s) as charged in the Indictment/Information:

Ct 1 - 21:952, 960 - Importation of Methamphetamine (Felony)

Dated: 10/25/19

Hon. Karen S. Crawford
United States Magistrate Judge